Nicholas A. Kampars, OSB No. 063870
nick.kampars@wildwoodlaw.com
WILDWOOD LAW GROUP LLC
3519 NE 15th Avenue, #362
Portland, Oregon 97212
Telephone: (503) 564-3049

    *Of Attorneys for Defendants West Linn Paper Company and Belgravia Pulp Holdings, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **COLUMBIA RIVER CARBONATES,** a Washington Corporation,<br><br>    Plaintiff,<br>v.<br><br>**WEST LINN PAPER COMPANY,** an Oregon corporation; and **BELGRAVIA PULP HOLDINGS, INC.**, a Delaware Corporation; and **DOE DEFENDANTS**,<br><br>    Defendants. | Case No. 3:23-cv-00266-SB<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based upon the stipulation of the parties below, and there being no just reason for delay, IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed, with prejudice and without an award of costs or attorney fees to any party.

/ / /

Page 1 – STIPULATED JUDGMENT OF DISMISSAL

**IT IS SO ORDERED.**

DATED this 26th day of February, 2024.

_____
Hon. Stacie F. Beckerman
U.S. Magistrate Judge

It is so stipulated:

| LAW OFFICES OF ROBERT B. COLEMAN | WILDWOOD LAW GROUP LLC |
|---|---|
| By /s/ *Robert Coleman* | By /s/ *Nicholas Kampars* |
| Robert Coleman, OSB No. 001554 | Nicholas A. Kampars, OSB No. 063870 |
| *Of Attorneys for Plaintiff* | *Of Attorneys for Defendants* |